

# NUMBER 13-21-00259-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE M.R AND R.R.

## On Petition for Writ of Mandamus.

# ORDER

### Before Justices Longoria, Hinojosa, and Tijerina
### Order Per Curiam

Relators M.R. and R.R. filed a petition for writ of mandamus through which they assert that the trial court erred in refusing to transfer venue under the mandatory venue provisions of the Texas Family Code and by issuing an order adjudicating parentage against R.R.Sr.[1]

---

[1] Relators titled this original proceeding as it was styled in the trial court; however, in original proceedings, we utilize a different procedure to determine the caption. *See* TEX. R. APP. P. 52.1 ("An original appellate proceeding seeking extraordinary relief—such as a writ of habeas corpus, mandamus, prohibition, injunction, or quo warranto—is commenced by filing a petition with the clerk of the appropriate appellate court. The petition must be captioned "In re [name of relator].""); *id.* R. 52.2 ("The party seeking the relief is the relator. In original proceedings other than habeas corpus, the person against whom relief is sought—

The Court requests that real parties in interest Jay Rivera, Marissa Rivera, and Patricia Asack, or any others whose interest would be directly affected by the relief sought, including but not limited to the Texas Department of Family and Protective Services, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order.

PER CURIAM

Delivered and filed on the
18th day of August, 2021.

---

whether a judge, court, tribunal, officer, or other person—is the respondent. A person whose interest would be directly affected by the relief sought is a real party in interest and a party to the case."). Given the nature of the case, we use pseudonyms for the parties. *See id.* R. 9.8.